# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT WUNDERLICH,**
Appellant,

v.

**HEATHER WUNDERLICH,**
Appellee.

No. 4D2022-2919

[February 8, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2017-DR-009334-XXXX-NB.

Christopher R. Jette of Eisenberg & Fouts, P.A., West Palm Beach, for appellant.

Amy D. Shield and Roger Michael Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***